# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

THE PENN MUTUAL LIFE INSURANCE  )
COMPANY,                        )
                                )
                    Plaintiff,  )
                                )
            v.                  )      Misc. No.:
                                )
BARBARA GLASSER 2007 INSURANCE  )      (Case Pending in the District of
TRUST, CHRISTIANA BANK & TRUST  )      Delaware, C.A. No. 09-677-RGA)
COMPANY, as Trustee of the BARBARA )
GLASSER 2007 INSURANCE TRUST, and )
JARED L. BECKER                 )
                                )
                    Defendants. )

RECEIVED
APR 17 2012
U.S.D.C. S.D. N.Y.
CASHIERS

## PENN MUTUAL LIFE INSURANCE COMPANY'S NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 24th day of April, 2012, at 10 a.m. or as soon thereafter as counsel may be heard, attorneys for Plaintiff The Penn Mutual Life Insurance Company, Katherine L. Villanueva of Drinker Biddle & Reath LLP, shall move pursuant to Federal Rule of Civil Procedure 45(e) and Local Rule 83.6, before the Honorable Judge Harold Baer, U.S.D.J., United States Courthouse, Room 23B, 500 Pearl Street, New York, New York, 10007, for the entry of an Order in the form submitted herewith, finding Barbara Glasser in contempt for failing to appear for deposition in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff shall rely upon the this Notice of Motion and Affidavit of Katherine Villanueva in Support of Plaintiff's Motion for Contempt, together with its Exhibits, submitted herewith.

**DRINKER BIDDLE & REATH LLP**

Dated:  April 16, 2012

By: _____

Katherine L. Villanueva (KV5283)
One Logan Square, Suite 2000
Philadelphia, PA 19103
(215) 988-2700 (telephone)
(215) 988-2757 (facsimile)
katherine.villanueva@dbr.com

*Attorneys for Plaintiff The Penn Mutual
Life Insurance Company*